**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**JONATHAN SHIN, et al.**

      **Plaintiff,**

v.                       **Civil Action No. 3:18CV199-MHL**

**KOBE ENTERPRISES, INC., et al.**

      **Defendants,**

**ORDER SETTING PRETRIAL CONFERENCE**

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a pretrial conference is scheduled in this action for <u>JULY 25, 2018</u> at <u>11:45 A.M</u>.  Please report to the Courtroom of Judge Lauck, Sixth Floor, Spottswood W. Robinson, III and Robert R. Merhige, Jr. United States Courthouse, 701 East Broad Street, Richmond, Virginia.  It is anticipated that the conference will last approximately five (5) minutes.  **<u>PLEASE NOTE:</u> Due to the new Personal Electronics Device Policy of the Court, counsel\* attending pretrial conference must bring a copy of this order and present it to the Court Security Officer as authorization to bring a cellphone into the courthouse.**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26(A)(1), counsel:  (1) shall confer not later than ten (10) days before the pretrial conference for the purposes required by Fed. R. Civ. P. 26(f); and, (2) shall report orally at the pretrial conference on the discovery plan required by 26(f).

At the conference, the case will be set for trial.  Unless approved by the Court before the pretrial conference, counsel who will actually try the case or counsel with full decision-making

\*\*\*Counsel of record covered under authorization:  Philip Dean, Esq., Craig Curwood, Esq., Kevin Holden, Esq.  Any Attorneys not listed who wish to bring their cellphone to the pretrial conference must complete the attached form and email it to Kathy_Hancock@vaed.uscourts.gov.

authority shall attend the pretrial conference. Counsel attending shall be prepared to provide available dates for trial and motions for all counsel of record. In any event, counsel shall be knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm trial date. Absent extraordinary circumstances, pretrial conferences will not be conducted via telephone.

A settlement conference referral will be made at the time of the Initial Pretrial Conference. Counsel for each party, and a representative of each party with authority to conclude a settlement of this action, shall meet in person with the assigned magistrate judge to discuss settlement. The representative for a business entity (corporation, partnership or otherwise) must be an officer or employee not employed in the business entity's law department or general counsel's office, although such lawyers are welcome to attend with the other representative. Each counsel shall be prepared to present a cogent, brief summary of the issues of liability and damages. Counsel for each party shall be responsible to assure that the settlement conference is conducted as herein prescribed.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: June 26, 2018


IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL THE CLERK'S OFFICE AT 916-2226. THANK YOU.