IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN SHIN,

    Plaintiff,

v.                                                       Case No. 3:18cv199

KOBE ENTERPRISES, INC. d/b/a
KOBE JAPANESE STEAK & SUSHI,
And JONG SUN,

    Defendants.

## ORDER

This matter comes before the Court on the Joint Motion to Move Trial Date (the "Motion"). (ECF No. 14.) The Motion requests the Court to move the trial date from March 5-7, 2019 to February 12-13, 2019. The Motion does not address the Final Pretrial Conference scheduled for February 19, 2019 at 2:30 p.m.

The parties are DIRECTED to contact chambers within seven days of the entry of this Order to schedule a hearing regarding this matter.

It is so ORDERED.

                                                              /s/
                                                   M. Hannah Lauck
                                                 United States District Judge

Date: 9/5/18
Richmond, Virginia