**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| Jonathan Shin, on behalf of himself and others similarly situated<br><br>**Plaintiff,**<br><br>v.<br><br>Kobe Enterprises, Inc. d/b/a Kobe Japanese Steak & Sushi, and Jong Sun<br><br><br><br>**Defendants.** | **CIVIL ACTION NO.  3:18-cv-199** |

## JOINT MOTION IN SUPPORT OF ENTRY OF FLSA CONSENT DECREE

Plaintiff Jonathan Shin ("Shin" or "Plaintiff") and defendants Kobe Enterprises, Inc. d/b/a Kobe Japanese Steak & Sushi ("Kobe") and Jong Sun ("Sun"), (Kobe and Sun are collectively referred to as "Defendants"), (Plaintiff and Defendants are collectively referred to as "Parties"), by counsel, jointly move the Court to enter the Consent Decree filed in this case, and to approve the stipulated judgment by Defendants under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., as being fair and adequate. In support of this motion, the Parties are submitting a memorandum herewith.

Dated: October 4, 2018

Respectfully Submitted:


**JONATHAN SHIN**,
Plaintiff


  /s/
Craig Juraj Curwood (VSB No. 43975)
Philip Justus Dean (VSB No. 86335)
Attorneys for Plaintiff
Curwood Law Firm
530 E. Main Street, Suite 710
Richmond, VA 23219
Telephone: (804) 788-0808
Fax: (804) 767-6777
ccurwood@curwoodlaw.com

*Counsel for Plaintiff*


**KOBE ENTERPRISES, INC. D/B/A KOBE JAPANESE STEAK & SUSHI AND JONG SUN,**
Defendants


  /s/
Kevin D. Holden, Esq. (VSB No. 30840)
JACKSON LEWIS P.C.
701 E. Byrd Street, 17th Flr.
Richmond, Virginia 23219
Tel: 804.649.0404
Fax: 804.649.0403
Kevin.Holden@JacksonLewis.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October 2018, I electronically filed the foregoing using the Court's CM/ECF system, which will send a notification of such filing (NEF) to the following:

Kevin D. Holden, Esq.
JACKSON LEWIS P.C.
701 E. Byrd Street, 17th Flr.
Richmond, Virginia 23219
Kevin.Holden@JacksonLewis.com


By:    _____/s/_____
       Craig Juraj Curwood