IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JONATHAN SHIN,**

    **Plaintiff,**

**v.**                                         **Civil Action No. 3:18cv199**

**KOBE ENTERPRISES, INC.** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (the "R&R") entered on January 28, 2019. (ECF No. 26.) Plaintiff Jonathan Shin submitted a notice with the Court affirmatively stating that he has no objections to the R&R. (ECF No. 27.) Defendants Kobe Enterprises, Inc. d/b/a Kobe Japanese Steak & Sushi and Jong Sun have not filed any objection to the R&R and the time to do so has expired. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)     The R&R, (ECF No. 26), is ADOPTED as the Opinion of this Court; and

(2)     JUDGMENT is ENTERED in favor of Plaintiff against Defendants in the amount of $18,562.92.

The Clerk is directed to close the case and send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 2/12/19
Richmond, Virginia